IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01062-REB-CBS

KURT J. HUFFMAN,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Defendant's Unopposed Motion to Amend Scheduling Order re: Additional Time to Amend Pleadings (filed December 15, 2005; *doc. no. 16*) is **GRANTED**. The deadline for joiner of parties and amendment of pleadings is extended to **March 16, 2006**. *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**     December 20, 2005