**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-01062-REB-CBS

KURT J. HUFFMAN,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## ORDER DENYING PLAINTIFF'S MOTION IN LIMINE

**Blackburn, J.**

This matter is before me on the **Plaintiff's Motion in Limine to Preclude Introduction of Plaintiff's Filing of an Insurance Commission Complaint and Subsequent Administrative Action Arising Therefrom** [#32], filed October 6, 2006.  The defendant has filed a response, and the plaintiff has filed a reply.  The motion is denied.

In this insurance bad faith case, the plaintiff seeks to preclude the introduction of evidence at trial "related to Plaintiff's filing of a complaint with the Insurance Commission for the State of Colorado and any subsequent administrative action arising therefrom . . . ." *Motion*, p. 3.  Ultimately, the Insurance Commission took no action against defendant, State Farm, based on the plaintiff's complaint.  The plaintiff argues that the probative value of this evidence is substantially outweighed by the danger of jury confusion and unfair prejudice, and thus seeks to exclude this evidence under Fed. R. Evid. 403.

Having reviewed the record, I conclude that the issues raised by the plaintiff are evidence driven and cannot be resolved until evidence is presented at trial.[1] It is not certain that the defendant will introduce the evidence in question. *Motion*, p. 3. The defendant has noted that the plaintiff may seek to introduce letters written by the plaintiff that address the same issues addressed by the plaintiff in his letters to the Insurance Commission. *Response*, p. 2. In this uncertain evidentiary context, the relevance of the evidence in question, and its potential to cause unfair prejudice, cannot be determined until the evidentiary landscape is clear at trial.

**THEREFORE, IT IS ORDERED** that the **Plaintiff's Motion in Limine to Preclude Introduction of Plaintiff's Filing of an Insurance Commission Complaint and Subsequent Administrative Action Arising Therefrom** [#32], filed October 6, 2006, is **DENIED**.

Dated November 15, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

---

[1] I specifically discourage the filing of such motions in my Practice Standards. *See* REB Civ. Practice Standard V.F.