IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01062-REB-CBS

KURT J. HUFFMAN,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed "Motion for Leave to Obtain and Utilize Videotape Deposition of John Grund, Exq. at Trial" (*doc. no. 58)* is **GRANTED**. Defendant is permitted to take a trial preservation deposition of Mr. Grund.

    IT IS FURTHER ORDERED that the court is not making a determination as to the admissibility of the deposition of Mr. Grund. That matter shall be determined by the District Court.

**DATED:**    February 12, 2008