**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 05-cv-01062-REB-CBS

KURT J. HUFFMAN,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

    The attached **Juror Questionnaire** is approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

    Dated April 2, 2008 at Denver, Colorado.

                                            **BY THE COURT:**

                                            **s/ Robert E. Blackburn**
                                            **Robert E. Blackburn
                                            United States District Judge**