IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

**Date:** April 15, 2008

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

---

**Civil Case No. 05-cv-01062-REB-CBS**

| | |
|---|---|
| KURT J. HUFFMAN, | Chad P. Hemmat |
| | Michael Hodges |
| Plaintiff | |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE | Marc Levy |
| INSURANCE COMPANY, *an Illinois corporation* | Scott Kreider |
| Defendant. | |

---

### COURTROOM MINUTES - JURY TRIAL - DAY SIX

7:45 a.m.   The Courtroom Deputy reviews the admitted exhibits.

7:55 a.m.   Jury Instructions are tendered to counsel.

**8:15 a.m.   Court in session.**

The jury is not present.

The Court and counsel review the Court's purposed jury instructions.

The Court's purposed jury instructions are approved.

**It was ORDERED:**

1. That Defendant's Motion to Permit Amendment of Pleadings to Conform to the Evidence at Trial and Request for Additional Jury Instructions Concerning its Affirmative Defense of Failure to Cooperate [#76] filed April 14, 2008, is **denied**.

The plaintiff requests 55 minutes for closing argument.
Response by the Defendant.

Closing argument will limited to 45 minutes per side, as stated in the Court's Trial Preparation Order.

**8:45 a.m**     **Court in recess.**
**9:00 a.m.**     **Court in session.**

The jury is present.

Jury Instructions are tendered to the jury.

9:07 a.m     The Court instructs the jury.

9:45 a.m.     Closing argument by Mr. Hemmat, for the Plaintiff.

**10:15 a.m.**     **Court in recess .**
**10:30 a.m**     **Court in session**.

10:31 a.m.     Closing argument by Mr. Levy, for the Defendant.

11:19 a.m     Rebuttal argument by Mr. Hemmat.

The Courtroom Deputy and Court Security Officer are sworn.

11:38 a.m.     The case is submitted to the jury.

Counsel are instructed to reconvene at 4:45 p.m unless otherwise notified by the Court..

**11:45 a.m.**     **Court in recess.**

1:22 p.m     The jury informs the Court that they have a verdict.

1:25 p.m.     Counsel are notified.

**1:35 p.m**     **Court in session.**

Statements to counsel by the Court.

1:39 p.m.     The jury is present.

The jury informs the Court that they have reached a verdict.

The Court publishes the verdict as follows:

> We, the jury, present our answers to questions submitted by the Court, to which we all have agreed:
>
> 1. Has the plaintiff, Kurt J. Huffman, proven by a preponderance of the evidence his claim for bad faith breach of insurance contract, the essential elements of which are set forth in Instruction No. 8?
>
>    Answer: NO

The Court polls the jury.
.
1:42 p.m.   The jury is excused and dismissed with the thanks of the Court.

**It was ORDERED:**

1. That the Defendant's mid-trial oral Motion for Entry of Judgment as a matter of Law under Rule 50(a)(1) is **denied as moot**;
2. That judgment shall enter for the defendant and against the plaintiff on the plaintiff's claim for bad faith breach of insurance contract; and
3. That costs shall be taxed and allowed as prescribed under rule 54(d)(1) and Local Rule 54.1.

**1:46 p.m.   Court in recess.**

*Total in court time: 3 hours and 11 minutes -  Trial concluded*