IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 05-cv-01062-REB-CBS

KURT J. HUFFMAN,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

    Defendant.

## ORDER RE: DEFENDANT'S MOTION FOR COSTS

**Blackburn, J.**

This matter is before me on the parties' **Stipulation Regarding Defendant's Motion for Costs** [#84], filed June 27, 2008. The parties stipulate that defendant State Farm Mutual Automobile Insurance Company is due costs in the amount of 17,394.54 dollars and that costs in this amount should be taxed against the plaintiff, Kurt J. Huffman..

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Stipulation Regarding Defendant's Motion for Costs** [#84], filed June 27, 2008, is **GRANTED**;

2. That under Fed. R. Civ. P. 54(d), and consistent with the stipulation of the parties, costs in the amount of 17,394.54 dollars **ARE TAXED** against the plaintiff, Kurt J. Huffman, and in favor of the defendant, State Farm Mutual Automobile Insurance Company.

Dated June 30, 2008, at Denver, Colorado.

                          **BY THE COURT:**

                          **s/ Robert E. Blackburn**
                          **Robert E. Blackburn**
                          **United States District Judge**